In the Matter of the Accounting of IRVING TRUST COMPANY et al., as Executors of BENJAMIN L. M. BATES, Deceased, Respondents.

HELEN M. BATES, Appellant; MARY H. ALEXANDER, Respondent.

Submitted June 19, 1939; decided July 11, 1939.

*Bertram L. Kraus, M. Claiborne Mebel* and *Jacob Newman* for motions.

*Frederick N. Van Zandt* opposed.

Motions denied. Appellant's time to perfect the appeal by furnishing the undertaking is extended until September 15, 1939.

In the Matter of JAGELS, "A Fuel Corporation," Appellant, against FRANK J. TAYLOR, as Comptroller of the City of New York, Respondent.

Submitted June 19, 1939; decided July 11, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 280 N. Y. 766.)